UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                §
                                      §
WINTERS III, CLARENCE T.              §     Case No. 11-38427
WINTERS, ANITA P.                     §
                                      §
                                      §
          Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> CLERK OF COURT
> UNITED STATES BANKRUPTCY CT.
> 219 S. DEARBORN STREET
> CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/16/2012 in Courtroom 644,

> United States Courthouse
> 219 S. Dearborn Street
> Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/12/2012              By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WINTERS III, CLARENCE T. §  Case No. 11-38427
WINTERS, ANITA P. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,577.69 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 7,577.69 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,507.77 | $ 0.00 | $ 1,507.77 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 4,859.50 | $ 0.00 | $ 4,859.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 2.31 | $ 0.00 | $ 2.31 |
| Accountant for Trustee Fees: ALAN SANCHEZ, CPA, P.C. | $ 630.00 | $ 0.00 | $ 630.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,999.58 |
| Remaining Balance | $ 578.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,352.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Sallie Mae | $ 17,254.19 | $ 0.00 | $ 543.52 |
| 000002 | U.S. Bank, N.A. | $ 1,098.15 | $ 0.00 | $ 34.59 |
| | Total to be paid to timely general unsecured creditors | | $ | 578.11 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 11-38427-PSH
Clarence T. Winters                                             Chapter 7
Anita P. Winters
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1         User: dramey              Page 1 of 2                  Date Rcvd: Jul 13, 2012
                             Form ID: pdf006           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2012.
db/jdb       Clarence T. Winters, III,    Anita P. Winters,   141 West 147th Street,    Harvey, IL  60426-1637
17823542     Advocate Christ Medical Center,    444 West 95th Street,   Oak Lawn, IL  60453
17823543    +Advocate South Suburban Hospital,    17800 Kedzie Avenue,   Hazel Crest, IL 60429-0989
17823544    +Bac Home Loans Servici,   450 American St,    Simi Valley, CA 93065-6285
17823545     Cain & Weiner,   Box 5010,   Woodland Hills, CA  91365-5010
17823547     Capital One,   Box 30281,   Salt Lake City, UT  84130-0281
17823546    +Capital One,   Box 30284,   Salt Lake City, UT 84130-0284
17823548    +Chase,   Box 15298,   Wilmington, DE 19850-5298
17823549    +Citibank,   Box 22828,   Rochester, NY 14692-2828
17823550    +City Of Chicago,   Law Department,    30 North LaSalle Suite 700,    Chicago, IL 60602-2503
17823551    +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
17823553    +Goldman & Grant #36689,    Suite 1100,   205 West Randolph Street,    Chicago, IL 60606-1813
17823556    +HSBC Bank,   Box 5253,   Carol Stream, IL 60197-5253
17823554    +Harris And Harris Ltd,    222 Merchandise Mart Plaza,    Chicago, IL 60654-1103
17823555    +Heller And Frisone,   Suite 1200,    33 North La Salle Street,    Chicago, IL 60602-2866
17823541     Liou Law Firm,   900 West Washington Boulevard,    Chicago, IL  60607-2298
17823558    +Pierce & Associates,   Suite 1300,    1 North Dearborn Street,    Chicago, IL 60602-4373
17823559    +Pnc Bank,   6750 Miller Road,   Brecksville, OH 44141-3239
17823560    +Pnc Mortgage,   6 N Main St,   Dayton, OH 45402-1908
17823561    +Providian,   Po Box 15298,   Wilmington, DE 19850-5298
17823562    +Receivable Managment, Inc.,    3348 Ridge Rd,   Lansing, IL 60438-3112
17823563     SLC Student Loan Trust,    701 East 60th Street,   Sioux Falls, SD  57104-0432
18620193    +Sallie Mae,   c/o Sallie Mae Inc.,    220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
18632642    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank, N.A.,     Bankruptcy Department,    P.O. Box 5229,
               Cincinnati, Ohio 45201-5229)
17823565    +Village of Hazel Crest,    3000 West 170th Place,   Hazel Crest, IL 60429-1129
17823540     Winters Anita P,   141 West 147th Street,    Harvey, IL  60426-1637
17823539     Winters Clarence T III,    141 West 147th Street,   Harvey, IL  60426-1637

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17823552      E-mail/Text: bankruptcynotice@franklincredit.com Jul 14 2012 00:30:05     Franklin Credit Mgmt,
               6th Floor,   6 Harrison Street 6th,   New York, NY  10013
17823557     +E-mail/Text: bankrup@nicor.com Jul 14 2012 00:27:59     Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17823564*   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank Reserve Line,    Box 5227,   Cincinnati, OH  45201)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2012**                                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dramey              Page 2 of 2            Date Rcvd: Jul 13, 2012
                              Form ID: pdf006           Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2012 at the address(es) listed below:

        Andrew J Maxwell     maxwelllawchicago@yahoo.com, amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
        Dana N O'Brien     on behalf of Creditor   BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
        Jaclyn H. Smith     on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com, preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com, naelipas@maxwellandpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Timothy K. Liou     on behalf of Debtor Clarence Winters tl@filenow.com,  sv@filenow.com, kg@filenow.com,mb@filenow.com,cm@filenow.com,mr@filenow.com
        Yanick  Polycarpe     on behalf of Creditor   PNC Bank, N.A. ypolycarpe@atty-pierce.com, northerndistrict@atty-pierce.com

        TOTAL: 6