UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WINTERS III, CLARENCE T. | § | Case No. 11-38427 |
| WINTERS, ANITA P. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| ALAN SANCHEZ, CPA, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Medical Center 444 West 95th Street Oak Lawn, IL  60453 | | | | | |
| | Advocate South Suburban Hospital 17800 Kedzie Avenue Hazel Crest, IL  60429 | | | | | |
| | Cain & Weiner Box 5010 Woodland Hills, CA  91365-5010 | | | | | |
| | Capital One Box 30281 Salt Lake City, UT  84130-0281 | | | | | |
| | Capital One Box 30284 Salt Lake City, UT  84130 | | | | | |
| | Chase Box 15298 Wilmington, DE  19850 | | | | | |
| | Citibank Box 22828 Rochester, NY  14692 | | | | | |
| | Citibank Box 22828 Rochester, NY  14692 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Of Chicago Law Department 30 North LaSalle Suite 700 Chicago, IL  60602 | | | | | |
| | City Of Chicago Law Department 30 North LaSalle Suite 700 Chicago, IL  60602 | | | | | |
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | | | | |
| | Franklin Credit Mgmt 6th Floor 6 Harrison Street 6th New York, NY  10013 | | | | | |
| | Goldman & Grant #36689 Suite 1100 205 West Randolph Street Chicago, IL 60606 | | | | | |
| | HSBC Bank Box 5253 Carol Stream, IL  60197 | | | | | |
| | Harris  And  Harris Ltd 222 Merchandise Mart Plaza Chicago, IL  60654 | | | | | |
| | Harris  And  Harris Ltd 222 Merchandise Mart Plaza Chicago, IL  60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Heller And Frisone Suite 1200 33 North La Salle Street Chicago, IL  60602 | | | | | |
| | Heller And Frisone Suite 1200 33 North La Salle Street Chicago, IL  60602 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL  60563 | | | | | |
| | Providian Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Receivable Managment, Inc. 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | SLC Student Loan Trust 701 East 60th Street Sioux Falls, SD 57104-0432 | | | | | |
| | SLC Student Loan Trust 701 East 60th Street Sioux Falls, SD 57104-0432 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| | Village of Hazel Crest 3000 West 170th Place Hazel Crest, IL 60429 | | | | | |
| 000001 | SALLIE MAE | | | | | |
| 000002 | U.S. BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-38427 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WINTERS III, CLARENCE T. | | | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | WINTERS, ANITA P. | | | 341(a) Meeting Date: | 10/19/11 |
| For Period Ending: | 12/11/12 | | | Claims Bar Date: | 04/27/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Commercial real property containing Debtor's prima | 78,000.00 | 0.00 | | 0.00 | FA |
| 2. Single- Family home commonly known as 17020 Trapet | 150,000.00 | 0.00 | | 0.00 | FA |
| 3. Single- Family home commonly known as 4732 176th P | 180,000.00 | 0.00 | | 0.00 | FA |
| 4. Business checking account held by Charter One Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Checking account held by Charter One Bank | 100.00 | 0.00 | | 0.00 | FA |
| 6. Checking account held by Charter One Bank | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Checking account held by US Bank | 5.00 | 0.00 | | 0.00 | FA |
| 8. Mutual Fund Account held by Edward Jones | 6,200.00 | 5,305.00 | | 7,577.69 | FA |
| 9. Savings account held by Charter One Bank | 0.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous depreciated household goods and furn | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Necessary wearing apparel and shoes | 200.00 | 0.00 | | 0.00 | FA |
| 12. Joint Mutual Fund Account held by Edward Jones | 6,200.00 | 0.00 | | 0.00 | FA |
| 13. Qualified 401(k) plan held by employer, US Bank | 6,000.00 | 0.00 | | 0.00 | FA |
| 14. 100% shareholder of Ministry of Hair -- goodwill | 500.00 | 0.00 | | 0.00 | FA |
| 15. 1992 Chevrolet Suburban with 120k miles, fair cond | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. 1999 Lexus with 115k miles | 2,300.00 | 0.00 | | 0.00 | FA |
| 17. 2000 Pontiac GrandAM with 105k miles | 1,500.00 | 0.00 | | 0.00 | FA |
| 18. Five barber stations that include a chair, mirror, | 375.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $436,880.00 | $5,305.00 | | $7,577.69 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 17.00b

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 11-38427   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | WINTERS III, CLARENCE T. | Date Filed (f) or Converted (c): | 09/21/11 (f) |
| | WINTERS, ANITA P. | 341(a) Meeting Date: | 10/19/11 |
| | | Claims Bar Date: | 04/27/12 |

Initial Projected Date of Final Report (TFR): 09/30/12       Current Projected Date of Final Report (TFR): 09/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 11-38427 -PSH |
| Case Name: | WINTERS III, CLARENCE T. |
| | WINTERS, ANITA P. |
| Taxpayer ID No: | *******0245 |
| For Period Ending: | 12/11/12 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5415  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/12 | 8 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | RCPTS - LIQUID. OF PERSONAL PROP. | 1129-000 | 7,577.69 | | 7,577.69 |
| 06/19/12 | | Transfer to Acct #*******5444 | Bank Funds Transfer | 9999-000 | | 7,577.69 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,577.69 | 7,577.69 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,577.69 | |
| Subtotal | 7,577.69 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,577.69 | 0.00 | |

Page Subtotals          7,577.69          7,577.69

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-38427 -PSH | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | WINTERS III, CLARENCE T. | Bank Name: | Bank of America, N.A. |
| | WINTERS, ANITA P. | Account Number / CD #: | *******5444 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0245 | | |
| For Period Ending: | 12/11/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/19/12 | | Transfer from Acct #*******5415 | Bank Funds Transfer | 9999-000 | 7,577.69 | | 7,577.69 |
| 08/17/12 | 001001 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM) | 3110-000 | | 4,859.50 | 2,718.19 |
| 08/17/12 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM) | 3120-000 | | 2.31 | 2,715.88 |
| 08/17/12 | 001003 | ALAN SANCHEZ, CPA, P.C.<br>948 W. NEWPORT<br>CHICAGO, IL 60657-2313 | ACCT FOR TRUSTEE FEES | 3410-000 | | 630.00 | 2,085.88 |
| 08/17/12 | 001004 | U.S. Bank, N.A.<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, Ohio 45201-5229 | FULL and FINAL DISTRIBUTION | 7100-000 | | 34.59 | 2,051.29 |
| 08/17/12 | 001005 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | FULL AND FINAL DISTRIBUTION | 7100-000 | | 543.52 | 1,507.77 |
| 08/17/12 | 001006 | Andrew J. Maxwell<br>105 W. ADAMS, Suite 3200<br>Chicago, IL 60603 | COMPENSATION - TRUSTEE<br>FULL AND FINAL DISTRIBUTION | 2100-000 | | 1,507.77 | 0.00 |
| | | | Page Subtotals | | 7,577.69 | 7,577.69 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-38427  -PSH |
| Case Name: | WINTERS III, CLARENCE T. |
| | WINTERS, ANITA P. |
| Taxpayer ID No: | *******0245 |
| For Period Ending: | 12/11/12 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******5444  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 7,577.69 | 7,577.69 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 7,577.69 | 0.00 | |
| | | | Subtotal | | 0.00 | 7,577.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 7,577.69 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********5415 | 7,577.69 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********5444 | 0.00 | 7,577.69 | 0.00 |
| | 7,577.69 | 7,577.69 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals           0.00           0.00

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*